OPINION — AG — THE "TULSA COUNTY MEDICAL CLINIC" IS NOT REQUIRED BY THE QUOTED PROVISIONS OF 59 O.S. 1961 353.18 [59-353.18], OR ANY OTHER PROVISIONS OF THE 1961 PHARMACY ACT, TO OBTAIN ANNUAL LICENSES FROM THE STATE BOARD OF PHARMACY FOR THE "DRUG ROOM OR PHARMACY" REFERRED TO BY YOU, AND TO PAY ANNUAL LICENSE FEES FROM THE FUNDS THEREOF FOR SUCH LICENSE. (FRED HANSEN)